GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice pending*)
lgoldman@gibsondunn.com
MICHAEL BRANDON (*pro hac vice pending*)
mbrandon@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

DIANA M. FEINSTEIN, SBN 302626
dfeinstein@gibsondunn.com
2000 Avenue of the Stars
Suite 1200N
Los Angeles, CA 90067-4700
Telephone: 310.552.8500

AMANDA STERLING (*pro hac vice pending*)
asterling@gibsondunn.com
ZACHARY GOLDSTEIN (*pro hac vice pending*)
zgoldstein@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500

*Attorneys for Defendant*
*Zoom Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEN SHELDON and SHANAYA GRANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOM COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 5:26-cv-10962-PCP-SVK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT ZOOM COMMUNICATIONS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT, AS MODIFIED**<br><br>Action Filed: September 25, 2026<br>Honorable Judge P. Casey Pitts<br>Trial Date: None Set |

Pursuant to Civil Local Rule 6-2, Plaintiffs Ken Sheldon and Shanaya Grant ("Plaintiffs") and

Defendant Zoom Communications, Inc. ("Zoom") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action on September 25, 2026, in the Northern District of California;

WHEREAS, Zoom was served with the Complaint on October 20, 2026;

WHEREAS, Zoom's deadline to respond to the Complaint is currently November 10, 2026;

WHEREAS, Zoom has requested, and Plaintiffs have agreed, that Zoom will have an additional 75 days to evaluate Plaintiffs' claims and respond to the Complaint;

WHEREAS, the Parties have also agreed to a 75-day extension to the case management deadlines;[1]

WHEREAS, Zoom has not previously requested any extensions;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Zoom that:

1. Zoom will have until January 25, 2027, to respond to the Complaint;
2. The Joint Case Management Statement shall be due by March 16, 2027; and
3. The Initial Case Management Conference shall be set for March 25, 2027, at 2:00 p.m. ~~or after March 23, 2027~~.

Dated: October 30, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Diana M. Feinstein
Diana M. Feinstein

*Attorney for Zoom Communications, Inc.*

Dated: October 30, 2026

SILVER GOLUB & TEITELL LLP

By: /s/ David S. Golub
David S. Golub

*Attorney for Plaintiffs*

[1] In the event Zoom files a motion to dismiss that is dispositive of the entire case, Zoom may seek a ~~stipulation to hold the initial c~~ase management deadlines for 60 days or more following the hearing on that motion, per this court's Civil Standing Order.

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Diana Feinstein, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 30, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Diana M. Feinstein
Diana M. Feinstein

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Zoom will have until January 25, 2027, to respond to the Complaint. The Joint Case Management Statement shall be due by March ~~16~~ 18, 2027. The Initial Case Management Conference shall be set for March 25, 2027, at 2:00 pm. ~~or after March 23, 2027.~~

Dated: November 4, 2026

Hon. P. Casey Pitts
United States District Judge